In the Matter of the Election of Directors of PLYMOUTH MARKET, INC. PLYMOUTH MARKET, INC., and ELIZABETH POOLE, Appellants; EMIL AHLHAUS, Respondent.— Order granting motion to confirm election of directors affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper and Scudder, JJ., concur; Hagarty, J., not voting.